IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

ALEJANDRO VITUG CUSTODIO, individually and d/b/a PINOY EXPRESS RESTAURANT & CATERING,

    Defendant.

NO. C09-4717 TEH

ORDER TRANSFERRING CASE TO SAN JOSE DIVISION

Under Civil Local Rule 3-2(c), a "civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." The claims in this case are based on alleged events that occurred in Santa Clara County. *E.g.*, Compl. ¶¶ 5, 7. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that this action be reassigned to the San Jose Division of this Court. Civ. L.R. 3-2(e) (providing that civil actions arising in Santa Clara County shall be assigned to the San Jose Division); Civ. L.R. 3-2(f) (providing for intradistrict reassignment).

**IT IS SO ORDERED.**

Dated: 10/13/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT