**\*\* E-filed December 30, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C09-04717 HRL |
| Plaintiff, | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALEJANDRO VITUG CUSTODIO, *individually and doing business as* Pinoy Express Restaurant & Catering, | |
| Defendant. | |

The Clerk of the Court having entered default judgment against the sole named defendant, the initial case management conference set for January 12, 2010 is vacated.

**IT IS SO ORDERED.**

Dated: December 30, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04717 Notice will be electronically mailed to:**

Thomas Peter Riley    tprlaw@att.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**