**\*\* E-filed February 16, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | No. C 09-04717 HRL |
| Plaintiff, | **INTERIM ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| Alejandro Vitug Custodio, individually and doing business as Pinoy Express Restaurant & Catering, | **[Re: Docket No. 12]** |
| Defendants. | |

Plaintiff J & J Sports Productions, Inc. ("J & J") sued defendant Alejandro Vitug Custodio, individually and doing business as Pinoy Express Restaurant & Catering, for violations of the Federal Communications Act and common law conversion. J & J now moves for entry of a default judgment against defendants. As part of its motion, J & J requests that the court award it attorneys' fees and costs. Yet it failed to submit to the court an appropriate declaration in support of its request and it also failed to appear at the February 16, 2010 motion hearing to address questions on this point. Accordingly, if J & J wishes to maintain its request for attorneys' fees and costs, it shall file a supportive declaration by **February 26, 2010**.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04717 HRL Notice will be electronically mailed to:**

Thomas Peter Riley     tprlaw@att.net, tprsf@att.net, tprusa@att.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**